UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC COOPER,<br><br>Plaintiff,<br><br>v.<br><br>SKILLZ, INC., ANDREW PARADISE AND CASEY CHAFKIN,<br><br>Defendants. | Civil Action No. 4:15-cv-13330-TSH |

## JOINT MOTION TO EXTEND THE 45 DAY SETTLEMENT ORDER OF DISMISSAL

Plaintiff Eric Cooper and Defendants Skillz, Inc., Andrew Paradise and Casey Chafkin, through counsel, hereby move to extend the above 45 day Settlement Order of Dismissal period issued on December 20, 2016, by a seven (7) day period from February 13 to February 21, 2017. As grounds therefore, the parties state that the defendants raised an objection today to one of plaintiff's proposed settlement terms which prevents finalization of the settlement agreement today. No further extensions will be requested.

Respectfully submitted:

| ERIC COOPER, | SKILLZ, INC., ANDREW PARADISE and CASEY CHAFKIN, |
|---|---|
| By his attorneys, | By their attorneys, |
| */s/ Jody L. Newman*<br>Jody L. Newman (BBO No. 542254)<br>jnewman@collorallp.com<br>Julia W. McLetchie (BBO No. 671106)<br>jmcletchie@collorallp.com<br>COLLORA LLP<br>100 High Street, 20th Floor<br>Boson, MA  02219<br>(617) 371-1000 | */s/ Sarah B. Herlihy*<br>Sarah B. Herlihy (BBO No. 640531)<br>sarah.herlihy@jacksonlewis.com<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA  02116<br>(617) 367-0025 |

**CERTIFICATE OF SERVICE**

      This hereby certifies that on this 13th day of February 2017, this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      */s/ Sarah B. Herlihy*
      Sarah B. Herlihy

      Respectfully submitted,
      Plaintiff Eric Cooper,
      By his attorneys,

      */s/ Jody L. Newman*
      Jody L. Newman (BBO #542264)
      Julia W. McLetchie (BBO #671106)
      COLLORA LLP
      100 High Street, 20th Floor
      Boston, MA   02210
      (617) 371-1000
      jnewman@collorallp.com
      jmcletchie@collorallp.com

      Defendants Skillz, Inc., Andrew Paradise,
      and Casey Chafkin
      By their attorneys,

      */s/ Sarah B. Herlihy*
      Sarah B. Herlihy (BBO No. 640531)
      sarah.herlihy@jacksonlewis.com
      JACKSON LEWIS P.C.
      75 Park Plaza, 4th Floor
      Boston, MA  02116
      (617) 367-0025

Dated:  February 13, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on February 13, 2017.

                                        */s/ Jody L. Newman*
                                        Jody L. Newman